

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

William Bradley Lentz, Beverly Lentz, Jason Lentz, M.D., and Rebecca Vanlandingham, Appellants

No. 06-18-00008-CV     v.

Mewbourne Oil Company and Mewbourne Holdings, Inc., Appellees

Appeal from the County Court at Law No. 3 of Smith County, Texas (Tr. Ct. No. 67732-B). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED OCTOBER 29, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk